# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHELLE NELSON,** | CASE NO.: **3:09-CV-05739-CRB** |
| Plaintiff, | **ORDER** |
| vs. | |
| **NOBEL RECOVERY SERVICES LLC,** | |
| Defendant | |

GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that Plaintiff's Motion for entry of default judgment be entered as to Defendant, Nobel Recovery Services, LLC, in the amount of six thousand and ten dollars ($6,010.00).

Dated this __21st__ day of April, 2010

_____
Honorable Charles R. Breyer



ORDER